Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J and J Sports Productions, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J and J Sports Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Eric Fambona-Rios, et al,<br><br>Defendants. | CASE NO. 2:17-cv-06763-WDK-PLA<br><br>[Proposed] ORDER GRANTING STIPULATED JUDGMENT |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Thirty Thousand Dollars (U.S. $30,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J AND J SPORTS PRODUCTIONS, INC. and against Defendants ERIC FAMBONA-RIOS AND YOJANA KAROLINA FAMBONA.

///

**STIPULATED JUDGMENT**
**Case No. 2:17-cv-06763-WDK-PLA**
**PAGE 1**

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment forthwith.

**IT IS SO ORDERED**:

_____  Dated: __12/7/2018_____

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///